```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CINDY HARRIS,

               Plaintiff,           22-cv-4441 (JGK)

    - against -             ORDER

UNIVERSAL PROTECTION SERVICE, LLC,
ET AL.,

               Defendants.

JOHN G. KOELTL, District Judge:

    The defendants should submit the documents that support their argument that the plaintiff's claims should be arbitrated to the plaintiff. If the plaintiff then chooses to file a motion to compel, then the plaintiff should file her motion by September 2, 2022. The defendants should respond to any motion by September 23, 2022. The plaintiff should reply by October 5, 2022.

SO ORDERED.

Dated:    New York, New York
             August 9, 2022

                                            John G. Koeltl
                                    United States District Judge