

**Evan Weiss**
Attorney at Law
(332) 345-2475
eweiss@martensonlaw.com

August 30, 2022

<u>Via ECF</u>
Honorable John G. Koeltl
United States District Court, Southern District of New York
Daniel Patrick Moynihan Unites States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   ***Cindy Harris v. Universal Protection Service, LLC d/b/a Allied Universal Security Services and John Faraone***
           Civil Case No. 22-cv-4441 (JGK) (SDA)

Judge Koeltl:

We are counsel of record for Defendants Universal Protection Service, LLC d/b/a Allied Universal Security Services ("Allied Universal") and John Faraone ("Faraone"). Pursuant to Your Honor's Individual Practices rule I(F), we write along with Plaintiff's counsel to jointly request that the Court stay this case and all associated deadlines pending submission of this matter to arbitration in conjunction with an arbitration agreement and the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.* ("FAA").

This joint request for relief renders the motion to compel arbitration contemplated by this Court's August 10, 2022 Order, [D.E. 9], unnecessary, and the Parties further request that the briefing schedule in the Court's August 10 Order be vacated.

                                    Respectfully submitted,

                                    MARTENSON, HASBROUCK & SIMON LLP

                                    _____
                                    Evan S. Weiss

    cc: *Alex Rissmiller, Counsel for Plaintiff* (via ECF)

```
Application granted.  This case is stayed pending the result of arbitration.
The parties should advise the Court of the results of arbitration within 7
days.  The Clerk is directed to close all pending motions.   SO ORDERED.

Aug. 31, 2022     /s/ John G. Koeltl
New York, NY      John G. Koeltl, U.S.D.J.
```