UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINDY HARRIS,<br><br>                    Plaintiff,<br><br>v.<br><br>UNIVERSAL PROTECTION SERVICE, LLC D/B/A ALLIED UNIVERSAL SECURITY SERVICES and JOHN FARAONE,<br><br>                    Defendants. | Civil Action No. 22-cv-4441 (JGK) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Cindy Harris and Defendants Universal Protection Service, LLC d/b/a Allied Universal Security Services and John Faraone hereby stipulate that the above-captioned case shall be dismissed, with prejudice, with each party to bear its own fees and costs.

SO STIPULATED AND AGREED.

| | |
|---|---|
| **RISSMILLER PLLC** | **MARTENSON, HASBROUCK & SIMON, LLP** |
| _____ | _____ |
| Alex Rissmiller, Esq.<br>5 Pennsylvania Plaza<br>19th Floor<br>New York, NY 10001<br>Tel: (646) 664-1412<br>arissmiller@rissmiller.com<br>*Attorney for Plaintiff* | Evan S. Weiss, Esq.<br>Kelly N. Jines, Esq.<br>40 Exchange Place<br>Suite 1502<br>New York, New York 10005<br>Tel.: (332) 345-2470<br>eweiss@martensonlaw.com<br>kjines@martensonlaw.com<br>*Attorneys for Defendants* |